WINSTON & STRAWN LLP
The Legal Center
One Riverfront Plaza
Suite 730
Newark, New Jersey 07102
(973) 848-7676

Attorneys for Plaintiff
Anthony R. Melchiorre

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------- x
ANTHONY R. MELCHIORRE,           : Honorable
                                 :
               Plaintiff,        : Civil Action No.
                                 :
vs.                              :
                                 : **COMPLAINT FOR INJUNCTIVE RELIEF**
                                 : **AND OTHER RELIEF AND JURY DEMAND**
JOHN DOES 1 through 10 and ABC   :
CORPORATIONS 1 through 10,       :
                                 :
               Defendants.       :
                                 :
                                 :
---------------------------------------- x

Plaintiff, Anthony R. Melchiorre ("Plaintiff" or "Melchiorre"), by way of Complaint for Injunctive Relief and Other Relief against Defendants, John Does 1 through 10 (fictitious parties) and ABC Corporations 1 through 10 (fictitious parties) (collectively, "Defendants") alleges as follows:

### NATURE OF THIS ACTION

1. This matter arises out of Defendants' theft, misappropriation, and fraudulent use of Plaintiff's personal identifying information.

1

2. Upon information and belief, Defendants have used, and continue to use, Plaintiff's personal information in connection with the formation of at least two illegal and illegitimate business entities bearing Plaintiff's name.

3. As a result of Defendants' actions, Plaintiff has suffered, and will continue to suffer, business as well as personal loss.

4. Accordingly, Plaintiff seeks to restrain and permanently enjoin Defendants from the continued use and possession of Plaintiff's personal identifying information in any form, including, but not limited to, Defendants' use of Plaintiff's information in the operation of the illegitimate business entities. Plaintiff also seeks damages and costs, including, but not limited to, statutory damages and costs pursuant to N.J.S.A. 2C:21-17.4.

## THE PARTIES

5. Anthony R. Melchiorre is a New Jersey resident and resides in Short Hills, New Jersey.

6. John Does 1 through 10 and ABC Corporations 1 through 10 are fictitious individuals and entities who, upon information and belief, reside outside the state of New Jersey and were/are involved, directly or indirectly, in the theft, misappropriation, and fraudulent use of Plaintiff's personal identifying information.

## JURISDICTION AND VENUE

7. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332.

8. The amount in controversy, exclusive of interest and costs, and including injunctive relief sought, exceeds the sum of $75,000.

9. This Court has personal jurisdiction over Defendants because of Defendants' tortious acts within the State of New Jersey, including, but not limited to, Defendants' fraudulent and

intentional communication of information with knowledge or purpose that it will cause harm in New Jersey.

## FACTS

10. On or about March 5, 2010, Plaintiff learned through a standard due diligence check performed in connection with a business transaction that two business entities had improperly been established in his name, both of which bore the name "Anthony R. Melchiorre."

11. Anthony R. Melchiorre LLC, upon information and belief, a sham domestic limited liability company, was formed on or about September 22, 2009 as a result of a filing with the New Jersey Department of Treasury - Division of Revenue.

12. The Certificate of Formation for Anthony R. Melchiorre LLC lists its registered agent as Corporation Service Company, whose registered address is 830 Bear Tavern Road, West Trenton, New Jersey 08628. The stated business purpose is "Real estate, Construction, Sale & Maintenance."

13. The Certificate of Formation for Anthony R. Melchiorre LLC lists the member/manager as Anthony R. Melchiorre and lists his address and the business address of Anthony R. Melchiorre LLC as 5638 Tuxedo Terrace, Los Angeles, CA 90068. Plaintiff does not reside at, nor has he ever resided at, or worked at, this address. Upon information and belief, no individual by that name lives or works at that address.

14. Upon information and belief, Defendants misappropriated Plaintiff's personal identifying information and fraudulently impersonated Plaintiff in forming Anthony R. Melchiorre LLC.

15. Anthony R. Melchiorre Investments & Trading LLC is, upon information and belief, a sham domestic limited liability company formed on or about August 20, 2009 in the State of Nevada.

16. Anthony R. Melchiorre Investments & Trading LLC lists its registered agent as American Corporate Enterprises, Inc., whose address is listed as 123 West Nye Lane, Suite 129, Carson City, Nevada 89706.

17. Anthony R. Melchiorre Investments & Trading LLC lists "Anthony R. Melchiorre" as one of its managers. Plaintiff is not a manager of Anthony R. Melchiorre Investments & Trading LLC, nor does Plaintiff have any affiliation with Anthony R. Melchiorre Investments & Trading LLC.

18. Upon information and belief, Defendants misappropriated Plaintiff's personal identifying information and fraudulently impersonated Plaintiff in forming Anthony R. Melchiorre Investments & Trading LLC.

19. Plaintiff is a manager of a hedge fund, was previously a managing director at well-known financial firms, and is of some prominence in the financial industry. Upon information and belief, the sham LLCs were established using Plaintiff's name in an effort to exploit and misuse the prominence of Plaintiff's name.

20. As a result of Defendants' tortious acts, Plaintiff has been subjected to embarrassment and humiliation, has sustained damage to his credit, finances, and reputation as a business person, and has suffered sever emotional and mental distress.

## FIRST COUNT
(INJUNCTIVE RELIEF)

21. Plaintiff repeats the allegations of paragraphs 1 through 21, as if the same were fully set forth herein at length.

22. Plaintiff is suffering and will continue to suffer irreparable injury if Defendants are not enjoined from the continued use and possession of Plaintiff's personal identifying

information in any form, including, but not limited to, Defendants' use of Plaintiff's information in the operation of the illegitimate business entities.

23. Specifically, in the absence of injunctive relief, the Defendants' wrongful acts have deprived and will continue to injure Plaintiff's personal credit and finances, injure Plaintiff's reputation as a business person, and cause Plaintiff to suffer sever emotional and mental distress, all to Plaintiff's damage.

24. Accordingly, an injunction is urgently needed, insofar as Plaintiff has no adequate remedy at law.

**WHEREFORE**, Plaintiff seeks to enjoin Defendants from: (a) the continued possession of Plaintiff's personal identifying information, in any form; (b) the continued use of Plaintiff's personal identifying information, in any way; and (c) for such other and further relief as the Court may deem proper and just.

## SECOND COUNT
(ACTION FOR DAMAGES RESULTING FROM USE OF PERSONAL IDENTIFYING INFORMATION PURSUANT TO N.J.S.A. 2C:21-17.4)

25. Plaintiff repeats the allegations of paragraphs 1 through 21, as if the same were fully set forth herein at length.

26. On or about September 22, 2009, Anthony R. Melchiorre LLC, a sham domestic limited liability company, was formed as a result of a filing with the New Jersey Department of Treasury - Division of Revenue.

27. On or about August 20, 2009, Anthony R. Melchiorre Investments & Trading LLC, a sham domestic limited liability company, was formed in the State of Nevada.

28. Upon information and belief, Defendants impersonated and/or falsely assumed Plaintiff's identity and/or pretended to be a personal representative of Plaintiff or Plaintiff's business in causing Anthony R. Melchiorre LLC and Anthony R. Melchiorre Investments &

Trading LLC to be formed for the purpose of obtaining a benefit for Defendants or others, or to injure or defraud Plaintiff.

29. Upon information and belief, Defendants impersonated and/or falsely assumed Plaintiff's identity and/or made false or misleading statements regarding Plaintiff's identity in an oral or written application for services, for the purpose of obtaining services.

30. Upon information and belief, Defendants obtained Plaintiff's personal identifying information and used, or assisted another person in using, the information in order to assume the identity of, or represent themselves, as Plaintiff without his authorization and with the purpose to fraudulently obtain or attempt to obtain a benefit or services, or avoid the payment of a debt or other legal obligation, or avoid prosecution for a crime by using Plaintiff's name.

**WHEREFORE**, Plaintiff demands judgment against Defendants for: (a) damages; (b) trebled costs, including, but not limited to, those incurred by Plaintiff in clearing his credit history or credit rating, those incurred in connection with any civil or administrative proceeding to satisfy any debt, lien, or other obligation of Plaintiff arising as a result of Defendants' actions, attorneys' fees, court costs, and out-of-pocket losses; and (c) such other relief as the Court may deem proper and just.

### THIRD COUNT
(FRAUDULENT IMPERSONATION)

31. Plaintiff repeats the allegations of paragraphs 1 through 21, as if the same were fully set forth herein at length.

32. On or about September 22, 2009, Anthony R. Melchiorre LLC, a domestic limited liability company, was formed as a result of a filing with the New Jersey Department of Treasury - Division of Revenue.

33. On or about August 20, 2009, Anthony R. Melchiorre Investments & Trading LLC, a domestic limited liability company, was formed in the State of Nevada.

34. Upon information and belief, Defendants, without Plaintiff's knowledge or consent, misrepresented themselves to the State of New Jersey and the State of Nevada as Plaintiff in forming Anthony R. Melchiorre LLC and Anthony R. Melchiorre Investments & Trading LLC.

35. As a direct and proximate result of such misrepresentations, Defendants were able to form Anthony R. Melchiorre LLC and Anthony R. Melchiorre Investments & Trading LLC.

36. Plaintiff at no time authorized Defendants or any agents of Defendants to use Plaintiff's name or other personal identifying information for that or any other purpose.

37. Defendants' acts violated Plaintiff's right of privacy by appropriating plaintiff's name and other personal identifying information for the commercial benefit and profit of Defendants and by placing Plaintiff in a false light in the eyes of Plaintiff's business associates.

38. This invasion of Plaintiff's right of privacy and the exclusive use of Plaintiff's name and other personal identifying information subjected Plaintiff to embarrassment and humiliation, injured Plaintiff's personal credit and finances, injured Plaintiff's reputation as a business person, and caused Plaintiff to suffer sever emotional and mental distress, all to Plaintiff's damage.

39. Defendants acted maliciously and with wanton disregard of Plaintiff's reputation, for which Plaintiff is entitled to punitive damages.

**WHEREFORE**, Plaintiff demands judgment against Defendants for damages, together with attorneys' fees, costs of suit, and such other and further relief as the Court may deem proper and just.

WINSTON & STRAWN LLP
Attorneys for Plaintiff
Anthony R. Melchiorre

By: *[signature: JS/Richter]*
James S. Richter
Jeffrey P. Catenacci

Dated: April 19, 2010

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all issues so triable.

WINSTON & STRAWN LLP
Attorneys for Plaintiff
Anthony R. Melchiorre

By: *[signature]*
James S. Richter
Jeffrey P. Catenacci

Dated: April 19, 2010

## CERTIFICATION PURSUANT TO L.CIV.R. 11.2

Pursuant to Local Civil Rule 11.2, I hereby certify that the within action is not the subject of any other action pending in any Court, or of any pending arbitration or administrative proceeding.

*[signature]*
James S. Richter

Dated: April 19, 2010

NY:1284266.3